IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DOUGLAS M. DANCER                                                                                      PLAINTIFF

v.                                             Case No. 4:11-CV-04041

SHERIFF RON STOVALL; and
NURSE BROWN                                                                                          DEFENDANTS

**O R D E R**

Currently before the Court is the Report and Recommendations (Doc. 25) filed in this case on September 14, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas.  Also before the Court are Plaintiff's Objections. (Doc. 28).

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: Plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendations. Plaintiff objected solely "to the part where Nurse Brown did not treat me until after she was aware of the lawsuit." This objection has no bearing on whether dismissal of Separate Defendant Stovall may be appropriate. The Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendations, Separate Defendant Stovall's Motion for Judgment on the Pleadings (Doc. 17) is **GRANTED** and Plaintiff's claims against Separate Defendant Stovall are **DISMISSED**.

IT IS SO ORDERED this 20th day of October, 2011.

/s/ P. K. Holmes, III
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE