IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DOUGLAS M. DANCER                                                                                        PLAINTIFF

VS.                                    CASE NO. 4:11-CV-04041

NURSE BROWN                                                                                             DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed February 29, 2012 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 36). Judge Bryant has examined the Defendant's Motion for Summary Judgment (ECF No. 21), and the Plaintiff's Response. (ECF No. 35). Judge Bryant recommends granting the Defendant's Motion. The Plaintiff has filed an objection. (ECF No. 37). After conducting a *de novo* review of the record, the Court adopts Judge Bryant's Report and Recommendation as its own.

The Plaintiff filed suit against the Defendant, Nurse Brown, for violating 42 U.S.C. § 1983 by denying him medical care while he was incarcerated at the Miller County Detention Center in Texarkana. The Plaintiff had dental and optical problems, and while he received treatment for those problems, he found that treatment insufficiently immediate and insufficiently effective. Judge Bryant recommends granting the Defendant's Motion because, viewing the facts in the light most favorable to the Plaintiff, the Defendant did not deny the Plaintiff medical care in violation of § 1983.

The Plaintiff objects based on "Rule 12 Defenses and Objections." The entirety of the

Plaintiff's objection is: "I would like the Court to file a motion on my behalf to object to R&R filed by Nurse Brown. [new paragraph] Reason <u>Rule 12</u> Defenses and Objections [new paragraph] Therefore I'm objecting to Nurse Brown report and recommendation." (ECF No. 37, at 1). He attached to his objection the text of 28 U.S.C. § 636, the statutory summary of magistrate-court jurisdiction and powers. The Plaintiff's objection does not directly respond to Judge Bryant's recommendation, or specifically address any findings in it. Therefore, the Court finds the objection unpersuasive.

Accordingly, the Court adopts Judge Bryant's Report and Recommendation (ECF No. 36) in its entirety. The Defendant's Motion for Summary Judgment (ECF No. 21) should be and hereby is **GRANTED**. This case is therefore **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, this 2nd day of May, 2012.

<u>/s/ Susan O. Hickey</u>
Hon. Susan O. Hickey
United States District Judge
